53 So.2d 889

### Alice JENNINGS v. CITY OF BIR-MINGHAM.
#### 6 Div. 288.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of Alice Jennings for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jennings v. City of Birmingham, 53 So.2d 894.

Writ denied.

All the Justices concur.

53 So.2d 889

### Rosa Lee JOHNSON v. CITY OF BIRMINGHAM.
#### 6 Div. 291.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

STAKELY, Justice.

Petition of Rosa Lee Johnson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Johnson v. City of Birmingham, 53 So.2d 894.

Writ denied.

All Justices concur.

53 So.2d 889

### Clifford JORDAN v. CITY OF BIR-MINGHAM.
#### 6 Div. 293.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

LAWSON, Justice.

Petition of Clifford Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jordan v. City of Birmingham, 53 So.2d 894.

Writ denied.

All the Justices concur.